1

2

3

4

5

6    *Attorneys for Defendants*

7    **UNITED STATES DISTRICT COURT**

8    **DISTRICT OF NEVADA**

9    JEREMY LOFTY,

10                   Plaintiff,          Case No.  3:22-cv-00288-ART-CLB

11   vs.                                 **ORDER GRANTING**

12   STATE OF NEVADA, et al.,            STIPULATION OF
                                         DISMISSAL WITH PREJUDICE
13                   Defendants.

14        Plaintiff, Jeremy Lofty, in pro se, and the State of Nevada ex rel. Nevada

15   Department of Corrections on behalf of Defendants Martin Naughton, Melissa Mitchell,

16   Kathryn Reynolds and John Keast, by and through counsel, Aaron D. Ford, Attorney

17   General of the State of Nevada, and Kayla D. Dorame, Deputy Attorney General, hereby

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1   stipulate that the above-captioned action should be dismissed with prejudice by order of

2   this Court, with each party to bear his own costs.

3   DATED this 14th day of March, 2023        DATED this 2nd day of May, 2023

4                                             AARON D. FORD

5                                             Attorney General

6   By:                                       By: _/s/ Kayla D. Dorame_

7   JEREMY LOFTY #1238044                     KAYLA D. DORAME, Bar No. 15533
    _Plaintiff Pro Se_                        Deputy Attorney General

8                                             _Attorneys for Defendants_

9

10

11                                            **IT IS SO ORDERED.**

12

13

14                                            Anne R. Traum

15                                            United States District Court Judge

16                                            DATED: May 3, 2023

17

18

19

20

21

22

23

24

25

26

27

28

2